CR·04-105(02) S

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-1735
DC No. 04-00105

UNITED STATES,

Appellee,

v.

THOMAS GAFFNEY,

Defendant, Appellant.

**ORDER OF COURT**
**Entered: August 26, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

Once appellant is granted in forma pauperis, a request for appointment of counsel under the Criminal Justice Act may be made to the Court of Appeals.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8/26/05

By the Court:
Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

[Certified Copies to the Honorable William E. Smith, David DiMazzio, Clerk]

[cc: Thomas Gaffney, Thomas F. Connors, Esq., Edward J. McEnaney, III, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]