COPY

LM

2005 AUG 25 P 2:20

RECEIVED CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA
Appellee

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR-04-105 S

v. Case No. 05-1735

THOMAS GAFFNEY,
Appellant

8/30/05; GRANTED. Rule 24(a), Fed.R.App.P.
USMJ

---

MOTION TO PROCEED IN FORMA PAUPERIS

---

Comes now, Thomas Gaffney, pro se, petitioner, (hereinafter petitioner) and respectfully moves this court to GRANT this motion to proceed in forma pauperis. The petitioner is currently incarcerated in federal prison, F.C.I. Otisville, New York, and is without the the necessary money to pay for counsel to file his appeal in this court. In support of this claim, the petitioner request the court inspect the attached documents.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 8/25/05