Thomas Gaffney #05511-070
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

September 4, 2005

Magistrate Almore
United States District Court
U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1720
RE: Case No. CR-04-105 S

Honorable Magistrate Almore:

I am currently incarcerated at the above captioned federal institution. Enclosed is a copy of the GRANTED motion I received, informing me that the matter was referred to you.

The purpose of this brief letter is to make certain that this ruling represents the fact that the court will appoint me a counsel for my direct appeal at no cost. If I am in fact correct in this regard, I would like to know approximately when this will take place and if I can request all of the records from him to participate in deciding the issues for appeal? Your response to this letter would be greatly appreciated.

Thank you for your kindness and consideration in this matter.

Yours Truly,

Thomas Gaffney

Thomas Gaffney 05511-070

COPY

LM

2005 AUG 25 P 2:20

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA
Appellee

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR-04-105 S

v.

Case No. 05-1735

THOMAS GAFFNEY,
Appellant

---

MOTION TO PROCEED IN FORMA PAUPERIS

---

8/30/05: GRANTED. Rule 24(a), Fed.R.App.P.
[signature]
USMJ

Comes now, Thomas Gaffney, pro se, petitioner, (hereinafter petitioner) and respectfully moves this court to GRANT this motion to proceed in forma pauperis. The petitioner is currently incarcerated in federal prison, F.C.I. Otisville, New York, and is without the the necessary money to pay for counsel to file his appeal in this court. In support of this claim, the petitioner request the court inspect the attached documents.

Referred to U.S.M.J. #1 mot. P
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 8/25/05

SCANNED

50